HEATHER E. WILLIAMS, #122664
Federal Defender
HANNAH LABAREE, #294338
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: (916) 498-5700
Fax: (916) 498-5710
Hannah_Labaree@fd.org

Attorney for Defendant
ISSAH MOHAMMED

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> ISSAH MOHAMMED <br><br> Defendant. | Case No. 2:21-mj-00001-JDP <br><br> JOINT STATUS REPORT AND STIPULATION TO VACATE HEARING; ORDER <br><br> Judge: Hon. Kendall J. Newman |

Mr. Issah Mohammed made his initial appearance in this district on a Pretrial Violation Petition out of the District of Maryland, Baltimore division, on January 5, 2021. CR 2. The matter was set over until January 12 to allow discussion between the parties as to the possibility of a Rule 20 transfer. *Ibid*.

On January 12, the parties appeared again in Magistrate Court. Mr. Mohammed was ordered detained. The defense also advised the Court that Mr. Mohammed was not seeking a Rule 20 transfer, but that the parties were working together to arrange for Mr. Mohammed's sentencing hearing in the District of Maryland to be conducted remotely from the Eastern District of California. For that reason, the defense requested that Mr. Mohammed be permitted to remain in this district as opposed to being ordered removed to the District of Maryland. The government did not object.

This Court ordered Mr. Mohammed to remain in this District. CR 3.

1   In the interim, the parties have made progress in the arrangement of the logistics of Mr. Mohammed's virtual appearance for his sentencing hearing in the District of Maryland. In light of this Court's Order of January 12, and the fulfillment of the requirements of Federal Rule of Criminal Procedure 5.1, the parties hereby jointly request that this matter be removed from calendar. Specifically, the parties request that the status hearing scheduled for January 19 at 2:00 P.M. be vacated.

Once the sentencing date in the District of Maryland has been finalized, the parties will alert this Court and request an order for the defendant to appear remotely for that hearing.

Dated:  January 15, 2021
                                HEATHER E. WILLIAMS
                                Federal Defender

                                */s/ Hannah Labaree*
                                HANNAH LABAREE
                                Assistant Federal Defender
                                Attorney for Defendant
                                ISSAH MOHAMMED


DATED: January 15, 2021             McGREGOR W. SCOTT
                                United States Attorney

                                By: */s/ Denise Yasinow*
                                DENISE YASINOW
                                Assistant United States Attorney
                                Attorney for Plaintiff

## ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order.

The Court orders the January 19, 2021 status hearing be VACATED. The parties are ordered to continue to confer and file a notice with this Court once a sentencing date with the District of Maryland has been set, at which time the Court will order the Defendant appear remotely.

Dated: January 19, 2021

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE